AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Tolliver CUNNINGHAM | ) Case No. 2:25-mj-549 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 10 2025 12:55 P
U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tolliver CUNNINGHAM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Title 18 USC Section 922(g)(1) & 924(a)(8)-Possession of Firearm by Convicted felon

Date: October 2, 2025

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge

---

**Return**

This warrant was received on *(date)* 10/2/2025, and the person was arrested on *(date)* 10/3/2025
at *(city and state)* Columbus, OH

Date: 10/3/2025

Arresting officer's signature

Brian Boyle, DUSM
Printed name and title